IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   15-cr-30135-MJR-2 |
| | ) | |
| STEVEN BECK, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

This matter is now before the court on the Government's *Ex Parte* Motion to Revoke Bond, Doc. 110.

Defendant Steven Beck pleaded guilty to Count 1 of the indictment and was continued on bond on March 2, 2016.   See, Doc. 72.   One of the conditions of his release is that he is not to commit any offense in violation of federal, state or local law.   See, Doc. 42, p. 1.

18 U.S.C. § 3148 mandates that an order of revocation and detention be entered if the Court:

> (1) finds that there is–
>     (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release;   or
>     (B) clear and convincing evidence that the person has violated any other condition of release; and
> (2) finds that–
>     (A) based on the factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other

        person or the community;   or
(B) the person is unlikely to abide by any condition or combination of conditions of release.

If there is probable cause to believe that, while on release, the person committed a Federal, State, or local felony, a rebuttable presumption arises that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.  If the judicial officer finds that there are conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community, and that the person will abide by such conditions, the judicial officer shall treat the person in accordance with the provisions of section 3142 of this title and may amend the conditions of release accordingly.   18 U.S.C. § 3148(b).

The government contends that defendant violated the conditions of this bond in that, on April 29, 2016, he committed the offenses of driving a car with expired registration, driving on a revoked license, and possession of a controlled substance.

The Court held a hearing on May 6, 2016.  Through counsel, defendant stated that he did not contest the government's motion.

The Court finds that there is probable cause to believe that defendant committed the offenses alleged and that he thereby violated the terms of his bond. The Court further finds that defendant poses a danger to the safety of the community.

**IT IS THEREFORE ORDERED** that the Government's *Ex Parte* Motion to Revoke Bond, Doc. 110, is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant, Steven Beck, be committed

to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with his counsel; and, that, on order of a court of the United States, or on request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceedings.

**IT IS SO ORDERED.**

**DATED:   May 6, 2016.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**